| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

JAMES HOWARD JENKINS, II, §
　　　　Plaintiff, §
versus § CIVIL ACTION NO. 1:18-CV-496
DONALD TRUMP, *et al.*, §
　　　　Defendants. §

**MEMORANDUM ORDER ADOPTING**
**THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

　　James Howard Jenkins, II, proceeding *pro se*, filed the above-styled civil rights lawsuit. The court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending this lawsuit be dismissed without prejudice for failure to exhaust administrative remedies.

　　The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. No objections were filed to the Report and Recommendation.

**ORDER**

　　Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. A final judgment shall be entered in accordance with the recommendation of the magistrate judge.

　　SIGNED at Beaumont, Texas, this 15th day of January, 2022.

　　　　　　　　　　　　　　　　　　　　　_Marcia A. Crone_
　　　　　　　　　　　　　　　　　　　　　MARCIA A. CRONE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE